UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
RENY RIVERO,

    Plaintiff,

-against-

FORSTER & GARBUS,

    Defendant.
-----------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 18 2011

BROOKLYN OFFICE

**ORDER**
11 CV 4321 (ENV)(LB)

**BLOOM, United States Magistrate Judge:**

Although the Court had directed the United States Marshal Service to serve defendant on September 13, 2011, the complaint did not include a service address for defendant. Plaintiff has now filed an amended complaint that includes defendant's service address. Accordingly, the Clerk of Court shall issue a summons for defendant at 60 Motor Parkway, Commack, NY 11725 and the United States Marshal Service is directed to serve the summons and amended complaint on defendant without prepayment of fees.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: November 16, 2011
   Brooklyn, New York

